### 22767. SHELTON v. THE STATE.

QUILLIAN, Justice. The Court of Appeals has certified to this court a question of law as follows: "Where the trial court, at the request of the defendant, has invoked the rule of sequestration of witnesses and required that *all* witnesses be examined out of the hearing of each other (*Code* § 38-1703), and the defendant thereafter seeks to call as a witness a person who has remained in the courtroom as a spectator, is the testimony of such witness admissible over the objection of the State?"

The question is answered in the affirmative. *Rooks v. State,* 65 Ga. 330; *Lassiter v. State,* 67 Ga. 739; *May v. State,* 90 Ga. 793, 800 (17 SE 108); *McWhorter v. State,* 118 Ga. 55 (6) (44 SE 873); *Phillips v. State,* 121 Ga. 358 (3) (49 SE 290); *Wallace v. Mize,* 153 Ga. 374, 388 (112 SE 724); *Best v. State,* 176 Ga. 46, 48 (166 SE 772); *McCartney v. McCartney,* 217 Ga. 200 (7) (121 SE2d 785); *Thomas v. State,* 7 Ga. App. 615 (67 SE 707); *Edwards v. State,* 55 Ga. App. 187 (1) (189 SE 678). Art. I, Sec. I, Par. V of the Georgia Constitution and the Sixth Amendment to the United States Constitution. The pronouncements of *Etheridge v. Hobbs,* 77 Ga. 531, 534 (3 SE 251), *Pergason v. Etcherson,* 91 Ga. 785 (3) (18 SE 29), and *Cunningham v. State,* 97 Ga. 214 (22 SE 954), some of which deal with the consequences of a witness wilfully disobeying the order of sequestration and others with waiver of the right to use a witness under stated circumstances, do not require a contrary conclusion from that we have expressed in giving an affirmative answer to the question. In so far as *Bird v. State,* 50 Ga. 585, 588, is in conflict with what is ruled here, the same is unsound and is overruled.

*Certified question answered in the affirmative. All the Justices concur.*

ARGUED JANUARY 12, 1965—DECIDED FEBRUARY 4, 1965.

*Wesley Asinof, Chester E. Wallace, F. L. Breen,* for plaintiff in error.

*William T. Boyd, Solicitor General, J. Robert Sparks, J. Walter LeCraw, William Hall, Jr.,* contra.